■ LORNE R. CAMPBELL, M.D., Appellant, v MARY OBEAR, M.D., PH.D., Respondent. (Appeal No. 3.) [813 NYS2d 345]—Motion for reargument denied without prejudice to an application for restitution at Supreme Court (*see Swanson v Swanson*, 53 NY2d 936 [1981]; *see also Yalango v Popp*, 232 AD2d 844 [1996]); cross motion for remand denied. Present—Pigott, Jr., P.J., Kehoe, Gorski, Smith and Green, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES D. WINSHIP, Appellant. [813 NYS2d 690]—Motion for reargument denied. Present—Pigott, Jr., P.J., Hurlbutt, Gorski, Green and Hayes, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DARREN K. VAN EVERY, Appellant. [813 NYS2d 690]—Motion for reargument denied. Present—Pigott, Jr., P.J., Hurlbutt, Scudder, Gorski and Green, JJ.

■ SIDNEY COTTRELL, Appellant, v BERKSHIRE HATHAWAY, INC., Doing Business as THE BUFFALO NEWS, et al., Respondents. (Appeal No. 1.) SIDNEY COTTRELL, Appellant, v BERKSHIRE HATHAWAY, INC., Doing Business as THE BUFFALO NEWS, et al., Respondents. (Appeal No. 2.) [813 NYS2d 690]—Motion for reargument or, in the alternative, leave to appeal to the Court of Appeals denied. Present—Kehoe, J.P., Martoche, Smith, Pine and Hayes, JJ.

■ ANN EDWARDS, Respondent, v SIEGEL, KELLEHER & KAHN et al., Appellants. [813 NYS2d 690]—Motion for reargument or, in the alternative, leave to appeal to the Court of Appeals denied. Present—Pigott, Jr., P.J., Hurlbutt, Martoche, Pine and Hayes, JJ.

■ HSBC BANK, USA, Formerly Known as MARINE MIDLAND BANK, N.A., Plaintiff, v INFINITY AUTO GLASS DISTRIBUTORS, INC., et al., Defendants, MARK H. SKIERCZYNSKI, Respondent and CHARLES LAMARTINA, Appellant. [813 NYS2d 346]—Motion for clarification and resettlement denied without prejudice to an application to Supreme Court (*see Rotella v Derner*, 286 AD2d 1003 [2001]; *see also Burrows v Burrows*, 270 AD2d 871, 872 [2000]). Present—Pigott, Jr., P.J., Gorski, Smith, Green and Hayes, JJ.